JOSEPH H. WILLIAMS, Appellant, v. JAMES IRVING, Respondent.

*Judgment — Discharge of — when will not be ordered on conflicting affidavits.*

Appeal from an order setting aside supplementary proceedings, and ordering a judgment to be discharged.

The plaintiff in this case recovered a judgment against defendant for $14,449.11, on July 19, 1862, which, with interest, amounted on this hearing to more than $25,000. It was not denied that the judgment was regularly recovered.

The affidavits, on the part of the defendant, showed that the judgment was compromised. This was most positively denied by the affidavit of the plaintiff. The justice, at Special Term, thought the preponderance of evidence decidedly with the defendant, and ordered the judgment to be discharged, and supplementary proceedings commenced thereon to be set aside.

The court, at General Term, did not think it provident to order the absolute discharge of so large a judgment upon conflicting affidavits, and modified the order by striking out the provision directing that the judgment be discharged, and in place thereof inserted an order that a referee be appointed to take the evidence in regard to the alleged compromise, and report thereon.

*Thos. Stevenson*, for the appellant.

*Garvin, Fellows & Brooke*, for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order, as modified, affirmed, costs to abide event.